UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. 5:11-cv-712 |
| Plaintiff, | ENTRY OF DEFAULT |
| vs. | |
| **PRUDENCIO RODRIGUEZ, INDIVIDUALLY and d/b/a CENTRO CERVESERO LA SAONA;** and **CENTRO CERVESERO LA SAONA, LLC,** an business entity d/b/a **CENTRO CERVESERO LA SAONA,** | |
| Defendants. | |

This matter, coming on before the undersigned Clerk of Court, upon Plaintiff J & J Sports Production, Inc. Motion for Entry of Default against Prudencio Rodriguez and Centro Cervesero La Saona, LLC, which was filed with the Court on February 20, 2012.

It appears that Defendants Prudencio Rodriguez and Centro Cervesero La Saona, LLC, have neither filed an answer nor responsive pleading and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Prudencio Rodriguez and Centro Cervesero La Saona, LLC.

This the 21st day of February, 2012.

_____
Clerk